IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Holly Chernak, n/k/a Clancy, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Professional Recovery Services, Inc., d/b/a Echelon Recovery, Inc., a New Jersey corporation,<br><br>　　　　Defendant. | No.　13 C 2538<br><br>Judge Durkin |

ORDER GRANTING
PRELIMINARY APPROVAL OF SETTLEMENT

This cause comes before the Court on the Joint Motion of Class Representative Holly Chernak, n/k/a Clancy, and Defendant Professional Recovery Services, Inc., d/b/a Echelon Recovery, Inc. (the "Defendant"), for Preliminary Approval of the Class Action Settlement Agreement, due notice having been given, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS THAT:

1.　The parties have entered into a Class Action Settlement Agreement ("Agreement") dated October 4, 2013.

2.　The Agreement has been submitted to the Court for preliminary approval pursuant to Fed. R. Civ. P. 23.

3.　The Complaint in this action alleges that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

4. Defendant denies that it, or its clients, The Bureaus Inc. and Bureaus Investment Group Portfolio No. 16, LLC, have any liability to Plaintiff or the Class whatsoever, and further denies that their actions violated the FDCPA in any manner.

5. The Complaint sought recovery of statutory damages pursuant to § 1692k of the FDCPA. Under § 1692k, the maximum statutory damages recoverable by the Plaintiff is $1,000 and the maximum statutory damages recoverable by the Class against Defendant is the lesser of 1% of their net worth up to a maximum of $500,000. In this case, Defendant's net worth is about $13,977.

6. The Agreement calls for payment of $1,000 to the Plaintiff, $13,977 to the Class, with a maximum payment of $599 per Class Member, and modification of the form of the collection letter at issue.

The Court finds these amounts to be fair, adequate and reasonable for the following reasons, among others, Plaintiff and the Class are receiving, and Defendant is paying, an adequate amount of statutory damages under the FDCPA. Moreover, Defendant has agreed to modify the collection practice at issue.

7. This Court hereby finds that the elements of Fed.R.Civ.P. 23 (a) and (b)(3) are satisfied for purposes of a settlement class, and hereby certifies a Class in this matter, pursuant to Fed.R.Civ.P. 23(b)(3),

The Class consists of all persons in the State of Illinois, from whom Defendant attempted to collect a delinquent consumer debt, via the same form collection letter that was sent to Plaintiff (Complaint Exhibit C), which allegedly did not correctly identify Bureaus Investment Group Portfolio No. 16 as the creditor to whom the debt was then owed, from April 4, 2012 to April 4, 2013 (the "Class").

Moreover, Holly Chernak, n/k/a Clancy, is appointed as representative of the

Class and her attorneys, David J. Philipps, Mary E. Philipps and Angie K. Robertson of Philipps & Philipps, Ltd., are appointed as Class Counsel.

8. Class Counsel shall send out the Class Notice and distribute the settlement fund. Class Counsel shall submit a motion, containing their time records, requesting an award from this Court of $40,000 for their reasonable attorneys' fees and costs in this matter. Plaintiff and the Class are entitled to recover their reasonable attorneys' fees and costs as provided for by § 1692k(a)(3 of the FDCPA.

9. The Court hereby approves the sending by Class Counsel, within 14 days of this Order, the Class Notice in the form attached as Exhibit 2 to the Joint Motion to the Settlement Agreement to each Class Member at their last known address.

10. The Court finds that the settlement negotiations were conducted at arms-length and in good faith among all parties and preliminarily finds that the terms of the Settlement Agreement are fair, reasonable and adequate to Plaintiff and all members of the Class. In addition to the other facts stated herein, the Court finds the Settlement Agreement to be particularly fair, adequate and reasonable in light of the risk of establishing liability and the expense of further litigation.

IT IS HEREBY ORDERED THAT:

1. The above class is certified, pursuant to Fed.R.Civ.P. 23(b)(3) consisting of all persons in the State of Illinois, from whom Defendant attempted to collect a delinquent consumer debt, via the same form collection letter that was sent to Plaintiff (Complaint Exhibit C), which allegedly did not correctly identify Bureaus Investment Group Portfolio No. 16 as the creditor to whom the debt was then owed, from April 4, 2012 to April 4, 2013.

Holly Chernak, n/k/a Clancy is appointed as representative of the Class, and her attorneys, David J. Philipps, Mary E. Philipps and Angie K. Robertson of Philipps & Philipps, Ltd., are appointed as Counsel for the Class.

2. The Settlement Agreement, dated October 4, 2013, is hereby granted preliminary approval.

3. Class Counsel shall send out the Class Notice to each Class Member by December 3, 2013.

4. Defendant, pursuant to 28 U.S.C. § 1715 of the Class Action Fairness Act, shall notify the appropriate Federal and State regulatory authorities of this proposed Settlement, within 10 days of the filing of the motion for preliminary approval the Settlement Agreement, and shall file with the Court verification of Defendant's compliance with 28 U.S.C. § 1715(b).

5. Notice, in the form attached as Exhibit 2 to the Joint Motion, shall be sent by Class Counsel, to all Class Members at their last known addresses who shall have until February 3, 2014, to return their claim forms, opt-out, or present any objections to the settlement. No skip tracing of Class Members whose Class Notices are returned is necessary. The parties shall present the Settlement for final approval on February 18, 2014, at 9:00 a.m.

6. Plaintiff's initial motion for class certification [Dkt. No. 4] is denied as moot.

_____
Judge Thomas M. Durkin,
United States District Court

DATED: November 19, 2013