IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Holly Chernak, n/k/a Clancy, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Professional Recovery Services, Inc., d/b/a Echelon Recovery, Inc., a New Jersey corporation, <br><br> Defendant. | No. 13 C 2538 <br><br> Judge Durkin |

**MOTION TO AWARD ATTORNEYS' FEES AND COSTS**

Class Counsel hereby submits this motion, pursuant to F.R.C.P. Rules 23(h) and 54(d)(2), to award attorneys' fees and costs for the litigation of this matter. In support of this motion, Class Counsel states:

1. The Class Action Complaint in this matter was filed on April 4, 2013.

2. The Settlement Agreement, dated October 4, 2013, provided that the Defendant is to pay Class Counsel's attorneys' fees and costs in the amount of $40,000, subject to approval by this Court.

3. Accordingly, attached as Exhibit A is the Declaration of Class Counsel, which shows that they have incurred more than $54,780.83 in fees and costs in prosecuting this matter on behalf of Plaintiff and the Class. Philipps & Philipps, Ltd.'s contemporaneous time and expense records for the work in this matter are attached to the Declaration as Exhibit 1.

4. Accordingly, Class Counsel requests that their hours and hourly rates be approved ($525 for David J. Philipps, $515 for Mary E. Philipps, $230 for Angie K.

Robertson, and $175 for their paralegals), that Defendant's agreement to pay $40,000 to resolve the attorneys' fees and costs in this matter be approved, and that Class Counsel be awarded $40,000, pursuant to their detailed statement of their qualifications and their time and expense records.

WHEREFORE, Class Counsel hereby requests that this Court award them $40,000 for their attorneys' fees and costs.

                                      Respectfully submitted,

                                      By:/s/ David J. Philipps\_\_\_\_\_
                                      Class Counsel

Dated: February 7, 2014

David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 7, 2014, a copy of the foregoing **Motion To Award Attorneys' Fees and Costs** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John P. Ryan                 jryan@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com