## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Holly Chernak, et al | ) | Case No: 13 C 2538 |
| v. | ) | Judge: Thomas M. Durkin |
| Professional Recovery Services, Inc. | ) | |

### ORDER

Final Approval Hearing held. Plaintiffs' motion for attorney fees and costs [57] is granted. Enter Order Granting Final Approval of Class Action Settlement. This action is hereby dismissed without prejudice and without costs; upon filing of the final report as to the distribution of the settlement fund to the Class, as set forth in ¶8 herein and completely set-forth in ¶8 of the Settlement Agreement, the dismissal will be converted to a dismissal with prejudice, and the Court shall no longer retain jurisdiction of this matter.

[:5]

Date: 2/18/14                    /s/ Thomas M. Durkin